AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM S. CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-02872-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, William S. Carter and Defendants by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the Civil Rights Complaint in the above captioned matter be dismissed in its entirety against all parties with prejudice by order of this Court.

. . .
. . .
. . .
. . .
. . .
. . .

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court Settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorney's fees and costs.

By: _William S. Carter_  Date: 2·17·2019
William S. Carter
*Plaintiff, Pro Se*

AARON D. FORD
Attorney General

By: _____  Date: 2/25/2019
Henry H. Kim (No. 14390)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding STIPULATION FOR DISMISSAL WITH PREJUDICE, as agreed to by the parties, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

DATED this _25th_ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE